NOEL HOLDING CORPORATION et al., Appellants, *v.* CARVEL DARI-FREEZE STORES, INC., Respondent.

Submitted February 6, 1956; decided February 9, 1956.

*Walter C. Lundgren* for motion.
*Milton Kunen* and *Robert K. Lifton* opposed.

Motion dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.